| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | ~~Index No.~~  06 CV ~~1445~~<br>15158 |

MARTIN ACCARDI and JILL ACCARDI,

                                  Plaintiffs

       - against -

THE CITY OF NEW YORK,
AMEC CONSTRUCTION MANAGEMENT, INC., et al

                                  Defendants

**AFFIDAVIT OF SERVICE OF SUMMONS AND VERIFIED COMPLAINT**

---

STATE OF NEW YORK, COUNTY OF NEW YORK SS: The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides at 120 Broadway, New York, New York 10271
That on 12/18/06 at _____ .M., at 100 Church Street, New York, NY 10007
Deponent served the within Summons and Verified Complaint on: THE CITY OF NEW YORK

    ____ Individual    by delivering a true copy of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

    __X__ Corporation  a municipal  corporation, by delivering thereat a true copy of each to Ms. Santana personally, deponent knew said corporation so served to be the corporation described in said Summons as said defendant and knew said individual to be Docketing Clerk thereof

    ____ Suitable Age Person    by delivering ther at a true copy of each to _____ a person of suitable age and discretion. Said premises is defendant's - actual place of business, dwelling place, ususal place of abode within the state.

    ____ Affixing to Door, etc.    by affixing a true copy of each to the door of said premises, which is defendant's actual place of business – dwelling place - usual place of abode – within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and and discretion thereat, having called there

Mailing to Residence use with 3 or 4    Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at _____ and deposited said envelope In an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

Mailing to business Use with 3 or 4    Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business at _____ In an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Person and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

Description Use with 1, 2 or 3

| | | | | | | |
|---|---|---|---|---|---|---|
| ___ Male | ___ White Skin | X Black Hair | ___ White Hair | ___ 14-20 Yrs. | ___ Under 5" | ___ Under 100 lbs |
| X Female | ___ Black Skin | ___ Brown Hair | ___ Balding | ___ 21-35 Yrs. | ___ 5'0" 5'3" | X 100-130 lbs |
| | ___ Yellow skin | ___ Blond Hair | ___ Mustache | X 36-50 Yrs. | ___ 5'4" 5'8" | ___ 131-160 Lbs. |
| | X Brown skin | ___ Gray Hair | ___ Beard | ___ 51-65 Yrs. | ___ 5'9"-6'0" | ___ 161-200 Lbs. |
| | ___ Red skin | ___ Red Hair | ___ Glasses | ___ Over 65 Yrs. | ___ Over 6" | ___ Over 200 Lbs. |

Other identifying features:

Use in NYC Civil Ct.    The words "CONSUMER CREDIT TRANSACTION" were properly displayed at the top of the summon(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

Military Service    I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal Statutes.

Sworn to before me on
December 18, 2006

_/s/ Barbara Sterling_
BARBARA STERLING
Notary Public, State of New York
No. 24-4952776
Qualified in Kings County
Commission Expires 02-26-10

_/s/ Kenneth_
Please Print Name

0980098
License No